UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 16-cv-153 (RDM) |

**JOINT STATUS REPORT**

Plaintiff Judicial Watch, Inc. and Defendant Department of State ("State") submit this joint status report in response to the Court's minute order of May 4, 2016.

1. The Freedom of Information Act ("FOIA") request at issue in this case seeks the following records:

> i. Any and all records of security waivers issued for the Special Mission compound in Benghazi, Libya under the Secure Embassy Construction and Counterterrorism Act (SECCA);
>
> ii. Any and all records concerning, regarding, or related to the Special Mission compound in Benghazi, Libya being "excepted from office facility standards and accountability" under SECCA as noted by the Benghazi Accountability Review Board.

Complaint ¶ 5 (ECF No. 1). By email dated January 13, 2016, the original requester notified State that the timeframe for this request is January 1, 2009 to September 30, 2012.

2. In their joint status report of May 4, 2016 (ECF No. 9), the parties notified the Court that they had agreed to a monthly rolling schedule, starting on May 17, 2016, for production of the non-exempt portions of responsive documents subject to the FOIA. They also reported that State had completed its searches of a number of offices and records systems and expected that three rolling productions in total—on May 17, 2016, June 17, 2016, and July 18,

2016—should suffice to complete production, but that State needed to perform some additional processing to confirm that additional rolling productions will not be necessary.

3. In response to the parties' May 4 status report, the Court ordered State to "produce documents on a rolling basis, with the first production to be made on or before May 17, 2016." Minute Order of May 4, 2016. The Court also ordered the parties to "file a joint status report on or before June 17, 2016." *Id.*

4. On May 17, 2016, State produced in full three documents, totaling 115 pages, and informed Judicial Watch that it was withholding 29 documents in full under relevant FOIA exemptions.

5. On June 17, 2016, State informed Judicial Watch that it was withholding 17 documents in full under relevant FOIA exemptions.

6. State has completed the additional processing, resulting in identification of a number of additional potentially responsive documents that it must review to determine which, if any, are responsive and whether any exempt portions of responsive documents must be withheld. State has therefore determined that it will require one additional monthly rolling production, on August 18, 2016, to complete its production of the non-exempt portions of responsive documents subject to the FOIA. The parties therefore respectfully propose that on September 13, 2016, they file a joint status report regarding further proceedings in this matter.

| | |
|---|---|
| Date: June 17, 2016 | Respectfully Submitted, |
| */s/ James F. Peterson* | BENJAMIN C. MIZER |
| JAMES F. PETERSON (D.C. Bar No. 450171) | Principal Deputy Assistant Attorney General |
| JUDICIAL WATCH, INC. | |
| 425 Third Street SW, Suite 800 | MARCIA BERMAN |
| Washington, DC 20024 | Assistant Branch Director |
| (202) 646-5172 | |
| | */s/ Robert J. Prince* |
| *Counsel for Plaintiff* | ROBERT J. PRINCE (D.C. Bar No. 975545) |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave., N.W. |
| | Washington, DC 20530 |
| | Tel: (202) 305 3654 |
| | robert.prince@usdoj.gov |
| | |
| | *Counsel for Defendant* |